THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 The State, Respondent,
 v.
 Roland Robinson, Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

Appeal From Georgetown County
 John M. Milling, Circuit Court Judge

Memorandum Opinion No.  2009-MO-020
Heard April 8, 2009  Filed April 27, 2009  

AFFIRMED

 
 
 
 Appellate
 Defender Lanelle C. Durant, of South Carolina Commission on Indigent Defense,
 of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, all of Columbia, and Solicitor John
 G. Hembree, of Conway, for Respondents.
 
 
 

PER CURIAM:  We granted certiorari to review the
 Court of Appeals order dismissing petitioners direct appeal.  We affirm pursuant
 to Rule 220(b)(1), SCACR, and the following authorities:  State v.
 Serrette, 375 S.C. 650, 654 S.E.2d
 554 (Ct. App. 2007) (dismissing direct criminal appeal in case where appellant
 was arrested on a bench warrant over ten years after his trial in absentia;
 the Court of Appeals found that Serrettes actions in remaining a fugitive and
 resulting destruction of the trial transcript justified appellate sanction of
dismissal).
AFFIRMED.
WALLER, ACTING
 CHIEF JUSTICE, PLEICONES, BEATTY, JJ., and Acting Justices James E. Moore and
 Donna S. Strom, concur.